# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: July 9, 2019 | Time: 4 minutes<br>1:58 p.m. to 2:02 p.m. | Judge: WILLIAM H. ORRICK |
|---|---|---|
| Case No.: 17-cv-07268-WHO | Case Name: Moralez v. City of Oakland | |

**Attorney for Plaintiff:** Zachary Manning Best
**Attorneys for Defendants:** Jason Michael Allen, Kevin McLaughlin, and Jeremy Schroeder

**Deputy Clerk:** Jean Davis                **Court Reporter:** FTR Recording

## PROCEEDINGS

Case Management Conference conducted.  The mediation deadline will be extended to September 30, 2019 as requested.  Counsel shall take steps immediately to schedule the mediation and shall post a notice on the case docket of the date and time for the mediation once it is scheduled.  If the case has not settled by October 15, 2019, counsel shall file a joint case management statement that day containing a brisk case schedule to trial.

The discovery stay remains in place.  However, prior to the mediation, counsel and their experts shall hold a joint site inspection and review all access issues and any programmatic or policy issues that plaintiff asserts as violations of the Americans with Disabilities Act.  Counsel shall post a notice on the case docket of the date and time of the inspection as soon as it is agreed to.

The Court is very troubled by the past history of this case, as indicated at the last CMC.  Going forward, this case should be treated as a priority for counsel, who must act with the highest standards of ethics and professionalism.

**Further Case Management Conference set for October 22, 2019 at 2:00 p.m.**